DORA EITNER, respondent,

*v.*

ALFRED EITNER, appellant.

[Decided May 16th, 1932.]

*Mr. John J. Clancy, Mr. Merritt Lane, Mr. Philip J. Schotland* and *Mr. Herbert L. Elins,* for the respondent.

*Mr. Richard H. Cashion,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *107 N. J. Eq. 88.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.